E-filing

FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

1   CARLVIN JUSTICE
    1414 62nd st
2   EMERYVILLE, CA. 94608
    (510) 938-5726
3
    POR SE
4   CARLVIN JUSTICE

                UNITED STATES DISTRICT COURT OF CALIFORNIA
5                          NORTHERN DIVISION

                                        CASE NO.  CO8-01173   EMC
6                                       NOTICE OF REMOVAL PURSUANT TO
                                        TITLE 28 U.S.C. §1441-§1446,
7   EIDEX FAMILY PARTNERSHIP L.P.       FRCP  38,60-65, CORP CODE
                                        §15502 §15506 §15507 (b) (4),
8   PLAINTIFFS                          §15510., BANKRUPTCY CODE
                                        §9027 (C), (E),
9   VS.                                 VOID JUDGMENT:

10  CARLVIN JUSTICE, INDIVIDUALLY,
    AND DBA CAR BEAUTIFIERS, DOES 1-10,

11  DEFENDANTS.

12

13  _____/

14

15  BANKRUPTCY NOTICE CASE NO. 97-49443-NG-13

16

17

18

19

20

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

1 | STATEMENT OF FACTS:

2 | NOTICE IS NOW GIVEN THAT THIS ACTION WILL BE REMOVED TO FEDERAL JURISDICTION

3 | AS STATED ON THE CAPTION PAGE. THIS PROCEEDING WILL BE BASE ON NEW AND

4 | DISCOVERED EVIDENCE WHICH WAS NOT AVAILABLE AT THE TIME OF TRIAL OR A FAILURE

5 | OF ATTORNEYS CONDUCT AT THE TIME OF THE HEARINGS. NOTICE WILL ALSO BE GIVEN

6 | THAT DEFENDANT CARLVIN JUSTICE WILL NOT CONSENT TO THE FINAL ORDER OF THE

7 | BANKRUPTCY JUDGE. DEFENDANT WILL SHOW AT THIS TIME THE PLAINTIFFS COMPLAINT

LACK SUBJECT MATTER JURISDICTION TO PROCEED ON BREACH OF CONTRACT.

8 | DEFNDANT WILL SHOW NOT ONLY WAS HE PREVENTED FROM HAVING A FAIR TRIAL BY HIS

9 | ATTORNEY HE WAS PREVENTED BY THE COURT ATTEMPTING TO REGULATE THE HEARINGS

10 | WHICH WAS A VIOLATION OF SENATE BILL 692. DEFENDANT WILL SHOW OUR THE MORGAGE

11 | BROKER GEORGE BLOCK PROCEEDED TO DISHONER HIS CONTRACT OBILIGATION IN THE

12 | AGREEMENT. BEFORE THE COMPLAINT WAS FILED THE PLAINTIFFS MADE MANY

ATTEMPTS TO RENEW THE LEASE WHICH WAS AT A FIX TERM WITH HATTIE FIELDS.

13 | A INJUNCTION IS A PROVISIONAL REMEDY ISSUED PRIOR TO FINAL DISPOSITION OF THE

14 | LITIGATION ITS FUNCTION IS TO PRESERVE THE STATUS QUO AND TO PREVENT INRE-

15 | ABLE LOST OF RIGHTS PRIOR TO JUDGMENT. ON-LINE INC, V. PHOENIX SOFTWARE

16 | INC (9TH CIR 1984) 739 F2D 1415-1423. JUDGMENT VOID MEADOWS V. DOMINICAN

17 | REPUBLIC (9TH CIR 1987) 517, 521 AND FRCP 60 (3) AND 55 (C).

18 | VENUE IS DEFENDANT'S PRIVILEGE AND WILL CHOOSE TO TRANSFER CASE TO A LOCAL

19 | DISTRICT COURT 345 US 663,665-666.

20 |

21 |

22 |

23 |

24 |

25 | NOTICE OF REMOVAL:

1  THE ATTORNEY FOR THE PLAINTIFF BRUCE REEVES DID CHALLENGE THE FACT THAT THIS

2  STATE COURT MAY NOT BE THE PLACE TO CHALLENGE TILE AND DEFENDANT IS NOW IN

3  AGREEMENT WITH HIS-

4  STATEMENT GROUNDS FOR REMOVAL: THE TRANSGRIPT WILL REVEAL WHAT DID TAKE PLACE

5  DURING THE HEARING IN REGARD TO ALL PARTYS WHO MAY BE AFFECTED OR AFFILIATED

   TO THE CONDUCT OF THE PLAINTIFFS. DEFENDANT WILL MOVE THIS COURT FOR

6  JURISDICTION ON THE CONDUCT OF THE PLAINTIFFS AND THOSE WHO WILL BE AMNENDED

7  TO THIS REMOVAL INDIRECTLY OR DIRECTLY AS A CITY EMPLOYEE OR A GOVERNMENT

8  AGENT. THIS MATTER IS DEEMED REMOVED FOR ALL PROCEEDING FOF FEDERAL

9  JURISDICTION AND A JURY TRIAL DEMAND AS A PRAYER FOR ACTUAL DAMAGES.

10 TITLE 5 USCS §25 PLAINTIFFS COMPLAINTIS IS NOW ATTACHED HEREOF.

11

12

13

14

15

16

17

18

19

20

21 THIS STATEMENT WILL BE VERIFIED PURSUANT TO RULE FRCP 11.

22

23

24 DATE: 2-27-08

   CARLVIN JUSTICE PRE SE

25 NOTIOCE REMOVAL:

**ORIGINAL**
**FILED**

SEP 17 1997

Berkeley-Albany Municipal Court

1 | Bruce C. Reeves, CSB #064854
Reeves, Seidler & Howell
2 | 2527 Santa Clara Avenue
Alameda, California 94501
3 | Telephone (510) 521-8111
Facsimile (510) 521-3895
4
5 | Attorney for Plaintiff, THE EIDEX FAMILY PARTNERSHIP L.P.
6
7
8 | MUNICIPAL COURT OF CALIFORNIA, COUNTY OF ALAMEDA
9 | BERKELEY-ALBANY JUDICIAL DISTRICT
10
11 | THE EIDEX FAMILY PARTNERSHIP, L.P. ) NO. &77412
)
12 | Plaintiff, ) UNLAWFUL DETAINER
) COMPLAINT
13 | v. )
)
14 | CARLVIN JUSTICE, individually and )
dba CAR BEAUTIFERS, )
15 | DOES I - X, )
)
16 | Defendants. )
_____)
17
18 | PLAINTIFF ALLEGES:
19 | 1.    Plaintiff is informed and believes and thereon alleges
20 | that Defendants, and each of them, were at all times mentioned
21 | residents of the City of Berkeley, within the Berkeley-Albany
22 | Judicial District, County of Alameda, State of California; which
23 | judicial district is the proper venue for the Unlawful Detainer
24 | Complaint herein.
25 | 2.    The true names and capacities of the Defendants sued
26 | herein as DOES I through X are unknown to Plaintiff at this time;
27 | Plaintiff prays leave to amend this Complaint upon ascertaining
28 | their true names and capacities.  Plaintiff is informed and believes

UNLAWFUL DETAINER COMPLAINT

1  and thereon alleges that each of the Defendants sued herein as a DOE
2  is in some way responsible under the allegations hereof and
3  therefore liable for the damages resulting therefrom.

4       3.   Plaintiff is the owner of the commerical property located
5  at 1441 Ashby Avenue, Berkeley, California, having obtained title to
6  said commercial premises by a Trustee's Deed after a non-judicial
7  foreclosure pursuant to Civil Code Section 2924, et seq., under a
8  power of sale contained in a deed of trust executed by a person
9  under whom such Defendants claim and after default under said Deed
10 of Trust.

11      4.   Defendant claims right to occupancy of the premises based
12 upon a written lease with plaintiff's predecessor in interest.  The
13 said lease is dated after the date of the underlying Deed of Trust
14 which was the subject of the foreclosure proceedings.

15      5.   On September 11, 1997, Plaintiff served a Three Day Notice
16 To Quit, a true copy of which is attached hereto as Exhibit A and
17 incorporated by this reference, upon Defendants in accordance with
18 Code of Civil Procedure Section 1161a(b)(3), requiring Defendants to
19 quit and deliver up possession of said premises to Plaintiff or its
20 agent within three (3) days after service of said notice upon
21 Defendants.

22      6.   More than three (3) days have elapsed since service of
23 said notice upon Defendants and Defendants continue in possession of
24 said premises without Plaintiff's consent.

25      7.   The reasonable rental value of said premises is $650.00
26 per month and Plaintiff is sustaining damages in the sum of $21.66
27 for each day Defendants continue in possession of said premises.

28      8.   The subject property is being used for commercial purposes
UNLAWFUL DETAINER COMPLAINT      2

1 | and is, therefore, not subject to Berkeley's Rent Stabilization and

2 | Good Cause for Eviction Ordinance.

3 | WHEREFORE, Plaintiff prays for judgment as follows:

4 | 1.    Restitution of possession of the subject premises;

5 | 2.    Daily damages of $21.66 from September 16, 1997 to

6 | date of judgment;

7 | 3.    Costs of suit herein; and such other and further

8 | relief as the Court deems proper.

9 | Dated: September 16, 1997

10

11

BRUCE G. REEVES,

12 | Attorney for Plaintiff

13 | ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNLAWFUL DETAINER COMPLAINT        3

3:08-CV-1173 EMC   ADR ECF

**CIVIL COVER SHEET**

JS 44 (Rev. 12/07) (cand rev 1-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
EIDEX FAMILY PARTNERSHIP

**DEFENDANTS**
CARLVIN JUSTICE

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
BRUCE C. REEVES
2527 SANTA CLARA AVE ALAMEDA CA. 94501

Attorneys (If Known)
CARLVIN JUSTICE
1414 62 ND ST
EMERYVILLE CA. 94608

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Nature of suit checklist — "190 Other Contract" marked, "195 Contract Product Liability", "365 Personal Injury — Product Liability" marked]

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
AMENDMENT XIV.
Brief description of cause:
BREACH OF CONTRACT

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE 2-27-08   SIGNATURE OF ATTORNEY OF RECORD