E-filing

FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EIDEX

　　　　Plaintiff,

vs.

JUSTICE   Defendant.

CASE NO. C08-01173 EMC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, CANLUIN JUSTICE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: _____

Employer: __N/A__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 1 -

1 | wages per month which you received.
2 | _____ N/A _____
3 | _____
4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the following
6  sources:

7      a.    Business, Profession or            Yes ✓ No ___
8            self employment

9      b.    Income from stocks, bonds,        Yes ___ No ___
10           or royalties?

11     c.    Rent payments?                    Yes ___ No ___

12     d.    Pensions, annuities, or             Yes ___ No ___
13           life insurance payments?

14     e.    Federal or State welfare payments,   Yes ___ No ___
15           Social Security or other govern-
16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _____ $1500 WITHIN THREE _____
20  _____ MONTHS _____

21  3. Are you married?                      Yes ___ No ✓

22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____
27      b.    List the persons other than your spouse who are dependent upon you for support and
28            indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 2 -

1       list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

2  _____

3  _____

4  5.   Do you own or are you buying a home?        Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                   Yes ___ No ___

7  Make __BMW__ Year __1974__ Model __2002__

8  Is it financed? Yes ___ No ✓  If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account?  Yes ___ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ ____0_____

14 Do you own any cash?  Yes ___ No ___ Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market

16 value.)  Yes ___ No ___

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ __NO_____ Utilities: _____

20 Food: $ __880_____ Clothing: _____

21 Charge Accounts:

22 Name of Account          Monthly Payment            Total Owed on This Account

23 ___N/A_____  $ _____  $ _____

24 _____  $ _____  $ _____

25 ____✓_____  $ _____  $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27 are payable.  Do not include account numbers.)

28 _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1  _____
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?  Yes ✓  No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6  _____JUSTICE____v.____EIDEX_____
7  _____IN____DEPT____31____OAKLAND, CA_____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  2-27-08                               [signature]
12       DATE                        SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____               - 4 -