

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EIDEX FAMILY PARTNERSHIP,

    Plaintiff,

v.

CALVIN JUSTICE, etc.,

    Defendant.

Case No. C08-1173 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. ONLY FOR PROPER PROCEEDING

Dated: 3/23-08

Signature

Counsel for: PRO SE
(Name of party or indicate "pro se")