**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 4, 2008

Berkeley-Albany Municipal Court
Berkeley Courthouse
2120 Martin Luther King Jr. Way
Berkeley, CA 94704

RE:  CV 08-01173 EMC    EIDEX FAMILY PARTNERSHIP L.P.-v-CALVIN JUSTICE
     Your Case Number: (77412)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔)    Certified copies of docket entries

(✔)    Certified copies of Remand Order

(  )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg