**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 4, 2008

Berkeley-Albany Municipal Court
Berkeley Courthouse
2120 Martin Luther King Jr. Way
Berkeley, CA 94704

RE:  CV 08-01173 EMC    EIDEX FAMILY PARTNERSHIP L.P.-v-CALVIN JUSTICE
      Your Case Number: (77412)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

        (✔)    Certified copies of docket entries

        (✔)    Certified copies of Remand Order

        ( )    Other

*FILED*
*APR 1 0 2008*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

RECEIVED
APR - 7 2008
By_____
ALAMEDA COUNTY SUPERIOR COURT

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg