UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P., | No. C-08-1173 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO WITHHOLD CONSENT AND FOR REASSIGNMENT** |
| CARLVIN JUSTICE, | |
| Defendant. | **(Docket No. 8)** |
| _____/ | |

Previously, the Court issued an order in which it granted Defendant Carlvin Justice's request to proceed *in forma pauperis* but remanded the case for lack of subject matter jurisdiction. The Court issued the order only after Mr. Justice had consented to proceeding before a magistrate judge. Now, after the Court has issued an order deeming Mr. Justice's removal improper, he seeks to withdraw that consent.

In the Ninth Circuit, "[t]here is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993). Once a case is referred to a magistrate judge upon consent of the parties, "the reference can be withdrawn by the court only 'for good cause shown on its own motion, or under extraordinary circumstances shown by any party.'" *Id.* Mr. Justice has failed to show that there are extraordinary circumstances such that he should be able to withdraw his consent. Mr. Justice is simply unsatisfied

///

///

///

with the Court's conclusion that it lacks subject matter jurisdiction. As it noted in its previous order, the Court has a *sua sponte* obligation to ensure that it has subject matter jurisdiction over a case.

This order disposes of Docket No. 8.

IT IS SO ORDERED.

Dated: April 21, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EIDEX FAMILY PARTNERSHIP, L.P., | No. C-08-1173 EMC |
|---|---|
| Plaintiff(s), |  |
| v. | **CERTIFICATE OF SERVICE** |
| CARLVIN JUSTICE, |  |
| Defendant(s). |  |
| _____/ |  |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CARLVIN JUSTICE                                             *ALL OTHER COUNSEL SERVED VIA*
1414 62nd Street                                                *ELECTRONIC FILING ("E-FILING")*
Emeryville, CA  94608

Dated: April 21, 2008                         RICHARD W. WIEKING, CLERK


                                                              By: _____/s/_____
                                                                       Leni Doyle
                                                                       Deputy Clerk