1  CARLVIN JUSTICE
   1414 62ND AVE
2  EMERYVILLE, CA.
   510 938-5726
3
   DEFENSE
4  CARLVIN JUSTICE

5       UNITED STATES DISTRICT COURT
         NORTHERN DISTRCT OF CALIFORNIA

6

7                                          CASE NO. C 08-01173 EMC
                                           NOTICE PURSUANT TO L.R. 3-2
   EIDEX FAMILY PARTNERSHIP L.P.,          (D) OAKLAND DIVISION AND
8                                          TITLE 28 U.S.C. §1406 (A),
   PLAINTIFF                               FRCP 4,12 i:
9
   VS.
10
   CARLVIN JUSTICE
11
   DEFENDANT(S).
12

13  _____/

1

1. PURSUANT TO THE UNITED STATES CODE ON CAPTION PAGE 1, THE DISTRICT COURT OF A
2. DISTRICT IN WHICH A FILED CASE LAYING IN A VENUE IN THE WRONG DIVISION OR
3. DISTRICT SHALL DISMISS, AND IF IT BE IN THE INTEREST OF JUSTICE, TRANSFER
4. SUCH CASE TO ANY DISTRICT OR DIVISION IN WHICH IT COULD HAVE BEEN BROUGHT.
5. THE MAGISTRATE ORDER WAS CLEARLY AN ERRONEOUS FINDINGS OR STANDARD. SEE 175
6. F3D AT 717 AND 264 U.S. AT 375,68. THIS ACTION IS DEEMED TRANSFERRED FOR
7. TRIAL BY JURY TO A MAGISTRATE JUDGE FOR FURTHER COURT PROCEEDINGS IN THE
8. OAKLAND DISTRICT VENUE AND FOR MODIFICATION OF CASE SCHEDULING. THIS
9. ACTION WILL BE BASE ON PERSONAL JURISDICTION IN A FEDERAL CASE AN THE
10. "LONG ARM STATUTE IS IN EFFECT IN WHICH THE COURT IS LOCATED" SEE 84 F3D 560,
11. 567.

CC: PRESIDING JUDGE NT-DC
CC: PRESIDING OAK-DC
CC: JURIST EMC

DATE 5/9/08.

_____
CARLVIN JUSTICE DEFENSE COUNSEL

1. CARLVIN JUSTICE
   1414 62ND AVE
2. EMERYVILLE, CA.
   510 938-5726
3.
   DEFENSE
4. CARLVIN JUSTICE

5.       UNITED STATES DISTRICT COURT
         NORTHERN DISTRCT OF CALIFORNIA

6.

7.                CASE NO. C 08-01173 EMC
                  PROOF OF SERVICE ATTACH:
   EIDEX FAMILY PARTNERSHIP L.P.,
8.
   PLAINTIFF
9.
   VS.
10.
    CARLVIN JUSTICE
11.
    DEFENDANT(S).
12.

13. _____/

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

            1

PROOF OF SERVICE BY MAIL

(C.C.P. 1013A(3)0

1 I  WILLIE CREAR , DECLARE

I AM EMPOLYED IN THE CITY AND COUNTY OF BERKELEY, CALIFORNIA BY BUSSINESS

ADDRESS IS  PO BOX 6754

I AM OVER THE AGE OF 18 YEARS OLD AND NOT A PARTY TO THIS ACTION. SUCH

PRACTICE IS IN THE ORDINARY COURSE OF BUSSINESS PROVIDES FOR DEPOSIT OF ALL

OUTGOING MAIL WITH THE UNITED STATES POSTAL SERVICE ON THE SAME DATE IT IS

COLLECTED AND PROCESSED FOR MAILING.

ON  5-9-08  I SERVED THE FOREGOING  PURSUANT TO L.R. 3-2 (1)) OAKLAND DIVISION

, BY PLACING A TRUE COPY THEREOF FOR

OUTGOING MAIL IN A SEALED ENVELOPE, ADDRESS AS FOLLOWS:

BRUCE REEVES
2527 SANTA CLARA AVE
ALAMEDA CA. 94501

OAKLAND DISTRICT COURT

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION
WAS EXECUTED ON  5-9-08

PROOF OF SERVICE: