FILED
08 AUG 15 PM 1:09
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT [OF CALIFORNIA]

1  CARLVIN JUSTICE
   1414 62ND ST
2  EMERYVILLE, CA. 94608
   (510) 938-5726
3
   PRO SE
4  CARLVIN JUSTICE

UNITED STATES DISTRICT COURT OF CALIFORNIA
NORTHERN DISTRICT OAKLAND DIVISION

EIDEX FAMILY PARTNERSHIP L.P.

PLAINTIFFS,

VS.

CARLVIN JUSTICE

DEFENDANT

GDJ
CASE NO. C08-01173 EMC
BERK ORD.6087-N.S. §5,1997)
TITLE 28 U.S.C. §959 §1367
§1442 §1443 §1658. FRCP 5.8-
15(D). Rule of evidence 1008.
CIV L R 3-2., 3-5.(a),
77-1.(A)(2),77-2.(D), 3-14
OAKLAND DIVISION.
CCP §663-§1094.8.
PUBLIC RESOURCES CODE-
§21168.
GOVERNMENT CODE §65009

1

1. THIS ACTION HAS BEEN DESIGNATED TO THE OAKLAND DISTRICT COURT FOR A JURY
2. TRIAL. NOTICE HAS BEEN GIVEN TO THE SAN FRANCISCO DIVISION AND TO A GENERAL
3. DUTY JUDGE OF THAT COURT. THIS TRANSFER OR REMOVAL WILL BE BASED ON
4. NEWLY DISCOVERED LEGISLATION WHICH WAS NOT AVAILABLE AT THE TIME OF STATE
5. TRIAL OR HAD BEEN OVERLOOKED BY WILLY E. PHILLIPS, FORMER ATTORNEY, WHO
6. MISREPRESENTED THE STATE COURT CASE #77412 AND FORCED THE DEFENDANT INTO A
7. DURESS STIPULATION DURING THE HEARING OF THE STATE COURT TRIAL.
8. BEFORE THIS CASE WAS PRESENTED TO THE STATE COURT, DEFENDANT CARLVIN JUSTICE
9. HAD NEVER BEEN IN DEFAULT DURING THE LEASE TERM AGREEMENT AND HIS
10. ABILITY TO CONDUCT BUSINESS IN THE COMMUNITY WAS DAMAGED. AT THE TIME OF
11. REMOVAL A PROPOSED ACTION WAS TAKEN FOR A ZONING PERMIT BY BIO-FUEL OASIS.
12. AT A PUBLIC MEETING WITH THE BERKELEY ZONNING COMMISSION DATED 11-26-07,
13. ALL PERSONS WERE INFORMED AS TO WHY A CLAIM WAS PENDING IN FEDERAL COURT
14. AGAINST THE EIDEX FAMILY, OWNERS OF THE PROPERTY LOCATED AT 1441 ASHBY AVE
15. BERKELEY, CALIFORNIA.
16. A NOTICE OF DECISION WAS GIVEN BY THE ZONING ADJUSTMENT BOARD ON 02-29-08,
17. NOTICE BY DEFENDANT CARLVIN JUSTICE WAS GIVEN TO REVOKE OR LAY ON THE
18. TABLE A MOTION AND PREEMTED RIGHTS PLAYED A MAJOR ROLE IN OVERRULING THE
19. ZONING BOARD DECISION DIRECTED TO THE BERKELEY CITY COUNCIL ON APPEAL FROM
20. AN IMPOSTOR LEO STEGMAN, WHICH WAS IGNORED BY CITY COUNCIL ON APPEAL FOR THE
21. DEFENDANT CARLVIN JUSTICE.
22. THE APPEAL FOR THE IMPOSTOR WAS HEARD AND THE PERMIT WAS APPROVED BY CITY
23. COUNCIL RESOLUTION. THE ZONING AJUSTMENTS BOARD, ALONG WITH CITY COUNCIL
24. OR ANY OF THEIR AGENTS WHOSE DECISION WAS A NEGATE BEFORE THE DECISION WAS
25. PROPOSED AS A PUBLIC NOTICE TO CITY OFFICIALS DURING REVIEW. CITY COUNCIL
AND THE ZONING BOARD BREACHED THEIR OFFICIAL DUTIES BY FAILING THE

1  CITIZENS PURSUANT TO LAWS OF THIS STATE AND THE CONSTITUTION OF THE UNITED
2  STATES AS PRESCRIBED BY CONGRESS THEREFORE, WHEN A PUBLIC OFFICIAL HAS
3  VIOLATED A RIGHT THEY MUST BE PLACED ON NOTICE IN ORDER TO PROTECT THE
4  CITIZENS OF THE STATE OR COMMUNITY WITHIN A NINTY DAY PERIOD WHICH GAVE RISE
5  TO JURISDICTION ON APRIL 22, 2008 AND NOTICE GIVEN ON APRIL 30, 2008 BY THE
   CLERK STATING CITY COUNCILS *RESOLUTION PERMIT #07-10000046.*
6
                        TITLE 28 U.S.C. §1367
7                          {JURISDICTION}

8  A HEARING IS REQUIRED TO BE GIVEN IN LIGHT OF THE WHOLE RECORD AND COURTS
9  WILL CONSIDER ISSUES ABOUT THE SCOPE OF PREEMPTION ONLY WHEN THERE ARE
10 REASONABLE ARGUMENTS SUPPORTING COMPELLNG CHARACTERZATIONS OF WHAT CONGRESS
11 SOUGHT TO ACCOMPLISH IN EXPRESSLY PREEMPTING, ENACTING, AND CONFLICTING
12 REGULATIONS.

13 ADDITIONAL PARTIES:

   JURIST EDWARD CHEN
14 ZACH COWAN, ACTING CITY ATTORNEY
   ALL ACTING INDIVDUALS OF CITY COUNCIL RESOLUTIN DATE
15 Aaron sage, staff planner OF ZONING ADJUSMENTS BOARD/ AN INDIVIDUALS OF
   THAT BOARD
16 BIOFUEL OASIS
   PAMELA IAACS
17 WILLY E. PHILLIPS
   JURIST CAROL S. BROSNAHAN

3

CONCLUSION

THE ZONING ADJUSTMENT BOARD VIOLATED CITY ORDINANCE #3018-N.S. SECTION, 1.0. AND SECTION 1.1 REGARDING THE DISTRICT, STATE AND FEDERAL LAWS, PERTAINING TO THE PROPERTY LOCATED AT 1441 ASHBY AVENUE, BERKELEY, CALIFORNIA AS STATED IN RESOLUTION NO. 64,039-N.S., APPROVING USE PERMIT #07-1000046 WHICH SHOULD NOT ESTABLISH A BIO-DIESEL FUELING STATION OR ANY OTHER TYPE OF BUSSINESS PENDING PREEMTED RIGHTS FOR CLAIMS OF DAMAGES PURSUANT TO SENATE BILL NO.692 AMENDED IN THE SENATE ON APRIL 1, 1987 AS NEWLY DISCOVERED LEGISLATION OF IMFORMATION THAT IS NOW BEFORE THE JURISDICTION OF THE DISTRICT COURT SEE 481 US AT 428. A PUBLIC OFFICIAL BIOFUEL STOCKS PASS OR PRESENT WOULD PREJUDICE THE OUT COME OF A RESOLUTION AND HAVE NEGATE DECISION.

CC: ALL PARTIES TO THIS PROCEEDING

08-6-08

DEFENDANT CARLVIN JUSTICE

PROOF OF SERVICE BY MAIL

(C.C.P. 1013A(3)6

I _____, DECLARE

I AM EMPLOYED IN THE CITY AND COUNTY OF BERKELEY, CALIFORNIA BY BUSSINESS ADDRESS IS 473 CHAPA ST OAKLAND CA 94603

I AM OVER THE AGE OF 18 YEARS OLD AND NOT A PARTY TO THIS ACTION. SUCH PRACTICE IS IN THE ORDINARY COURSE OF BUSSINESS PROVIDES FOR DEPOSIT OF ALL OUTGOING MAIL WITH THE UNITED STATES POSTAL SERVICE ON THE SAME DATE IT IS COLLECTED AND PROCESSED FOR MAILING.

CASE # C04-01173
GDJ
BERK ORD 6087-N.S.

ON _____ I SERVED THE FOREGOING E5, 1997

, BY PLACING A TRUE COPY THEREOF FOR

_____ OUTGOING MAIL IN A SEALED ENVELOPE, ADDRESS AS FOLLOWS:

Judge CHEN
450 GOLDEN GATE AVE
SF CA. 94102

CAROL S. BROSNAHAN
661 WASHINGTON ST
OAKLAND, CA 94607
DEPT 104

JORDAN
LAND USE DIVISION
2120 MILVIA ST.
BERKELEY, CA 94704

CRAIG HERT
2500 CAMINO DIABLO
SUIT 200
WALNUT CREEK, CA 94579

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND COORRECT, AND THAT THIS DECLARATION WAS EXECUTED O 02-15-08

PROOF OF SERVICE: