United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EIDEX FAMILY PARTNERSHIP, L.P.,

        Plaintiff,

    v.

CARLVIN JUSTICE,

        Defendant.
_____/

No. C-08-1173 EMC

**ORDER RE DEFENDANT'S FILINGS OF MAY 12, 2008, AND AUGUST 15, 2008**

**(Docket Nos. 10-11)**

        The instant case was filed in federal court upon Defendant Carlvin Justice's removal of a state court case. *See* Docket No. 1 (notice of removal). Mr. Justice filed an application to proceed in forma pauperis and consented to the jurisdiction of a magistrate judge. *See* Docket Nos. 2, 5 (application and consent). Thereafter, the Court granted Mr. Justice's request to proceed in forma pauperis but remanded the case for lack of subject matter jurisdiction. *See* Docket No. 4 (order, filed on 4/2/08). When Mr. Justice sought to withdraw the consent he had made, the Court denied that request. *See* Docket No. 9 (order, filed on 4/21/2008). The case was therefore closed.

        Subsequently, Mr. Justice filed two additional documents with this Court. In the first document, filed on May 12, 2008, Mr. Justice claims that the case has been transferred to the Oakland division. *See* Docket No. 10. In the second document, filed on August 15, 2008, Mr. Justice indicates that he has evidence to support the removal to federal court. He also suggests that the City Council for Berkeley, as well as the Zoning Adjustments Board, violated state and federal law by taking certain actions with respect to the property that was at issue between himself and Plaintiff. Having reviewed the two documents, the Court hereby rules as follows.

(1) To the extent Mr. Justice claims that the case has been transferred to the Oakland division, that is incorrect. No judge has ordered such. Mr. Justice lacks the authority to transfer the case.

(2) To the extent Mr. Justice claims that he has evidence to support the removal to federal court, the Court interprets this as a request for relief from judgment. *See* Fed. R. Civ. P. 60(b). Mr. Justice, however, has failed to demonstrate that he meets any of the grounds for relief from the judgment previously entered.

(3) To the extent Mr. Justice now claims that the City Council or Zoning Adjustments Board have violated his rights as protected by federal law, that may be grounds for a new and different lawsuit. Those claims appear to have little to do with this case. This case is closed.

IT IS SO ORDERED.

Dated: August 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P., | No. C-08-1173 EMC |
| Plaintiff(s), | |
| v. | **CERTIFICATE OF SERVICE** |
| CARLVIN JUSTICE, | |
| Defendant(s). | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CARLVIN JUSTICE
1414 62nd Street
Emeryville, CA  94608

*ALL OTHER COUNSEL SERVED VIA*
*ELECTRONIC FILING ("E-FILING")*

Dated: August 22, 2008         RICHARD W. WIEKING, CLERK

By:  _____/s/_____
      Leni Doyle
      Deputy Clerk