UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P., | No. C 08-1173 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION FOR REASSIGNMENT** |
| CARLVIN JUSTICE, | |
| Defendant. | |
| _____/ | |

Defendant Carlvin Justice has filed a motion seeking reassignment of this case from Judge Chen to another judge. The Court interprets his motion as a motion made pursuant to 28 U.S.C. § 636(c)(4), which provides that a "court may, for good cause shown on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter to a magistrate judge under this subsection." 28 U.S.C. § 636(c)(4).

Having reviewed Mr. Justice's filings and all other evidence of record, the Court hereby **DENIES** the request for reassignment. Mr. Justice has failed to show extraordinary circumstances justifying vacation of the reference to Judge Chen. There is no evidence that Mr. Justice's consent to Judge Chen's jurisdiction was made unknowingly or involuntarily. There is no evidence of, *e.g.*, any impropriety by Judge Chen; nor is there any evidence that Judge Chen has a personal bias or prejudice against Mr. Justice or in favor of Plaintiff Eidex Family Partnership, L.P. *See* 28 U.S.C. § 144. Mr. Justice asserts that Judge Chen's rulings were legally incorrect, but that does not constitute an extraordinary circumstance justifying the relief sought. Similarly, Mr. Justice's statement that it

would be more convenient for him to have the case litigated in Oakland, as opposed to San Francisco, is not an extraordinary circumstance justifying the relief sought.

     IT IS SO ORDERED.

Dated: October 3, 2008

                                                                            *Jeffrey S White*
                                                  _____
JEFFREY S. WHITE
United States District Court Judge
GENERAL DUTY JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP L.P., | Case Number: CV08-01173 EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALVIN JUSTICE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlvin Justice
1414 62nd St.
Emeryville, CA 94608

Dated: October 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk