United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P.,<br><br>       Plaintiff,<br><br>    v.<br><br>CARLVIN JUSTICE,<br><br>       Defendant.<br>_____/ | No. C-08-1173 EMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO RESTRICT ORDER**<br><br>**(Docket No. 19)** |

        On December 31, 2008, the Court issued an order in which it denied Defendant Carlvin Justice's motion for a jury trial. *See* Docket No. 18. Mr. Justice's motion had been directed to the general duty judge, but this Court ruled on the motion because there was no basis for the motion to be referred to the general duty judge. Now Mr. Justice has filed a motion seeking, in essence, to stop enforcement of the Court's December 31 order. The currently pending motion has been directed to the general duty judge for resolution, apparently on the basis that the undersigned is biased against Mr. Justice.

        While ordinarily the claim of bias would prompt the Court to have the motion be referred to the general duty judge, the Court shall not do so in this instance because, previously, Mr. Justice sought reassignment of the case based on the alleged bias of the undersigned, and Judge White, the then-general duty judge, denied the motion. *See* Docket No. 14 (order, filed on 10/3/08). When asked to reconsider, Judge White denied the motion for reconsideration. *See* Docket No. 16 (order,

filed on 11/24/08).  This motion is yet another attempt to avoid the substantive ruling of this Court, which concluded that it had no subject matter jurisdiction over the case.

   This order disposes of Docket No. 19.

   Because this case is closed, the Court shall not accept any further motions filed by Mr. Justice, absent good cause.

   IT IS SO ORDERED.

Dated:  January 26, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P., | No. C-08-1173 EMC |
| Plaintiff(s), | |
| v. | **CERTIFICATE OF SERVICE** |
| CARLVIN JUSTICE, | |
| Defendant(s). | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CARLVIN JUSTICE
1414 62nd Street
Emeryville, CA  94608

BRUCE CAMERON REEVES
Reeves Seidler & Howell
2527 Santa Clara Avenue
Alameda, CA 94501

Dated: January 26, 2009                 RICHARD W. WIEKING, CLERK

By: _____/s/_____
       Leni Doyle
       Deputy Clerk