UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIDEX FAMILY PARTNERSHIP, L.P., | No. C-08-1173 EMC |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S OBJECTION TO ORDER OF JANUARY 26, 2009** |
| CARLVIN JUSTICE, | |
| Defendant. | **(Docket No. 21)** |
| _____/ | |

On February 9, 2009, Defendant Carlvin Justice filed a brief in which he objects to this Court's order of January 26, 2009. *See* Docket No. 20 (order). To the extent the objections are a request for reconsideration, the request is hereby **DENIED** for failure to meet the requirements for such a motion under Civil Local Rule 7-9. This case remains closed.

IT IS SO ORDERED.

Dated: February 12, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EIDEX FAMILY PARTNERSHIP, L.P.,      No. C-08-1173 EMC

         Plaintiff(s),

    v.

CARLVIN JUSTICE,                      **CERTIFICATE OF SERVICE**

         Defendant(s).
_____/

     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CARLVIN JUSTICE  
1414 62nd Street  
Emeryville, CA 94608

BRUCE CAMERON REEVES  
Reeves Seidler & Howell  
2527 Santa Clara Avenue  
Alameda, CA 94501

Dated: February 12, 2009          RICHARD W. WIEKING, CLERK

By: _____  
     Betty Lee  
     Deputy Clerk