FILED

JUL 01 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CARLVIN JUSTICE.<br><br>CARLVIN JUSTICE,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Respondent,<br><br>THE EIDEX FAMILY PARTNERSHIP, L.P.,<br><br>        Real Party in Interest. | No. 09-71127<br><br>D.C. No. 3:08-cv-01173-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: KOZINSKI, Chief Judge, PAEZ and TALLMAN, Circuit Judges.

      Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

KW/MOATT

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.