UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CARLVIN JUSTICE,<br><br>-------------------------------<br><br>CARLVIN JUSTICE,<br><br>    Petitioner,<br><br> V.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO,<br><br>    Respondent,<br><br>THE EIDEX FAMILY PARTNERSHIP, L.P.,<br><br>    Real Party in Interest. | No. 09-71127<br>D.C. No. 3:08-cv-01173-EMC<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 7/1/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Walker
Deputy Clerk

Case 3:09-cv-01173-BMC/2 Document 282 Filed 10/14/09 Page 2 of 2